09-CR-05043-ORD

FILED ___ LODGED
___ RECEIVED

MAR - 5 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA, ) NO. CR09-5043FDB
)
Plaintiff, )
) ORDER FOR WITHDRAWAL AND
vs. ) SUBSTITUTION OF COUNSEL
)
ANTONIO SALDANA-ALVARADO, )
)
Defendant. )
_____ )

The Court having considered the Motion for Withdrawal and Substitution of Counsel, and the accompanying Ex-Parte, Sealed Affidavit of Counsel.

NOW THEREFORE IT IS HEREBY ORDERED that the Federal Public Defender, and assistant Federal Public Defender Miriam F. Schwartz, are permitted to withdraw as defense counsel in this matter, and that new defense counsel shall be appointed to represent the defendant from the CJA panel.

Withdrawing counsel shall notify the CJA panel coordinator immediately of this order.

DONE this 5th day of March, 2009.

_____
FRANKLIN D. BURGESS
U.S. DISTRICT COURT JUDGE

Presented by:

/s/ Miriam Schwartz
MIRIAM F. SCHWARTZ
Attorney for Defendant

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710